FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _mp_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PETER SCOTT REID<br><br>    Defendant. | Case No.: CR 05-00721-RHW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Cim. P. 32.1(a)(6);<br> 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

   The Court finds that:

A.   (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Nature of the offense;_
_probation officer's report_ _____
_____
_____

   and/or

B.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of the offense; pending criminal matter._

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Jan. 27, 2010

_Alicia G. Rosenberg_
ALICIA G. ROSENBERG
United States Magistrate Judge