FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR05-721-RHW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER REID<br><br>    Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  [X]  the appearance of defendant as required; and/or

    (B)  [X]  the safety of any person or the community.

//
//

The Court concludes that:

A.   (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_PERSISTENT DRUG ADDICTION_
_LENGTHY CRIM HIST_
_FAILURE TO APPEAR_
_____

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_FAILURE TO APPEAR_
_WALK AWAY FROM SOBER LIV. FACILITY_
_____

     IT IS ORDERED that defendant be detained.

DATE: 6/3, 2011

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2